UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anthony Carrasco and Kimberly Carrasco, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Shasta-Cascade Credit Bureaus, Inc. dba North Valley Collection Bureau; and Does 1-10, inclusive,<br><br>Defendants. | No.  2:15-cv-01419-GEB-KJN<br><br>**ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE** |

Plaintiffs state in their Status Report filed October 20, 2015: "Defendant has yet to appear in this case and Plaintiff[s are] likely to request the entry of default judgment against Defendant." (Pls.' Status Report 1:19-21, ECF No. 5.)

If Plaintiffs do not take whatever steps are necessary to prosecute this action as a default matter by January 8, 2015, they shall show cause in a writing filed no later than January 11, 2015, why this action should not be dismissed for failure of prosecution.

Further, the status conference scheduled for hearing on December 21, 2015, is continued to commence at 9:00 a.m. on May 23, 2016. A status report shall be filed fourteen (14) days prior

1

to the status conference in which Plaintiffs are required to explain the status of any default proceeding or of this case if default procedures are not utilized.

This action may be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) if Plaintiffs fail to timely respond to this Order.

IT IS SO ORDERED.

Dated: December 14, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2