UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CARRASCO, et al., | No.  2:15-cv-01419-KJM-KJN |
| Plaintiffs, | |
| v. | ORDER |
| SHASTA-CASCADE CREDIT BUREAUS, INC., doing business as North Valley Collection Bureau, | |
| Defendants. | |

On January 4, 2016, plaintiffs filed a request for a clerk's entry of default, and on the same day, the Clerk's Office entered default.  ECF Nos. 10 & 11.  On January 11, 2016, the court set an initial scheduling conference for May 26, 2016.  ECF No. 13.  No activity has occurred in the case since that date.  The initial scheduling conference is VACATED.  Within fourteen days of the date this order is filed, plaintiffs shall SHOW CAUSE why this case should not be dismissed for failure to prosecute.  Alternatively this order to show cause shall be discharged if, within fourteen days, plaintiffs file a motion for default judgment before the assigned magistrate judge.

IT IS SO ORDERED.

DATED: March 8, 2016

UNITED STATES DISTRICT JUDGE