UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CARRASCO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SHASTA-CASCADE CREDIT BUREAUS, INC., doing business as North Valley Collection Bureau,<br><br>Defendants. | No. 2:15-cv-01419-KJM-KJN<br><br>ORDER TO SHOW CAUSE |

On May 4, 2016, the court granted plaintiffs' request to file a second amended complaint, and reset the Initial Scheduling Conference for July 21, 2016. (ECF No. 21) Plaintiffs filed a second amended complaint on May 10, 2015. (ECF No. 22) No activity has occurred in the case since that date.

Within fourteen days of the date this order is filed, plaintiffs shall SHOW CAUSE once again why this case should not be dismissed for failure to prosecute. Alternatively this order to show cause shall be discharged if, within fourteen days, plaintiffs file a motion for default judgment before the assigned magistrate judge, or otherwise adequately explain the steps they will take to prosecute this action diligently. The Initial Scheduling Conference set for July 21,

1

1  2016 is VACATED and RESET for September 1, 2016 at 2:30 p.m.  The parties' joint status

2  report is due no later than seven (7) days prior to the scheduling conference.

3             IT IS SO ORDERED.

4  DATED:  July 19, 2016

                                            _____
                                            UNITED STATES DISTRICT JUDGE