UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CARRASCO, et al., | No. 2:15-cv-01419-KJM-KJN |
| Plaintiffs, | |
| v. | ORDER TO SHOW CAUSE |
| SHASTA-CASCADE CREDIT BUREAUS, INC., doing business as North Valley Collection Bureau, | |
| Defendants. | |

On July 19, 2016, the court issued an order to show cause and continued the Initial Scheduling Conference to September 1, 2016, with joint status report due no later than seven (7) days prior to the scheduling conference. No status report was filed as ordered.

The initial scheduling conference in this matter has been reset several times, with the originally scheduling date of October 26, 2015. This court has also issued several orders to show cause for plaintiffs' failure to prosecute. The court will reset the scheduling conference one last time and plaintiffs will be ordered to show cause why this action should not be dismissed. Plaintiffs are cautioned that their failure to respond to this order could result in the scheduling conference being vacated and dismissal of this case.

/////

1

IT IS THEREFORE ORDERED that:

1. Within **seven (7) days of the date this order is filed**, plaintiffs shall SHOW CAUSE why this case should not be dismissed for failure to prosecute.
2. The Initial Scheduling Conference set for September 1, 2016 is VACATED and RESET for **October 13, 2016 at 2:30 p.m**.  The parties' **joint status report is due no later than seven (7) days prior to the scheduling conference**.

DATED:  August 28, 2016

_____
UNITED STATES DISTRICT JUDGE