UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CARRASCO, et al., | No. 2:15-cv-01419-KJM-KJN |
| Plaintiffs, | |
| v. | ORDER |
| SHASTA-CASCADE CREDIT BUREAUS, INC., d/b/a North Valley Collection Bureau, et al., | |
| Defendants. | |

The Initial Scheduling Conference in this case was previously set for July 21, 2016, with a joint status report due seven days before. *See* ECF No. 21. No joint status report was submitted, so on July 19, 2016, the court ordered plaintiffs to show cause why the case should not be dismissed for failure to prosecute. ECF No. 24. The court continued the Initial Scheduling Conference to September 1, 2016, with a joint status report again due seven days before. *Id.* Plaintiffs did not respond to the court's order to show cause, so the court dismissed plaintiffs' claims against defendants Linda Benner and John Franklin without prejudice. ECF No. 26.

/////

/////

1

Plaintiffs again did not file a timely joint status report before the Initial Scheduling Conference set for September 1, 2016, so the court again ordered plaintiffs to show cause why the case should not be dismissed for failure to prosecute and continued the Initial Scheduling Conference to October 13, 2016, with a joint status report due seven days before.  ECF No. 27.  Plaintiffs' counsel, Adrian Bacon, has submitted a declaration responding to the court's latest order to show cause, representing that the failure to file the joint report was his fault.  ECF No. 28.  He represents that he overlooked the deadline on his calendar, and that the failure was the result of "excusable neglect."  *Id.* at 2.  The court notes that his declaration is copied nearly verbatim from a declaration previously submitted by a different counsel for plaintiffs when plaintiffs previously missed a deadline to file a joint status report.  *See* Weerasuriya Decl., ECF No. 8.

The repeated neglect by plaintiffs' counsel in litigating this action is not "excusable" and falls below this court's standards of professional conduct.  The court DISCHARGES its August 29, 2016 order to show cause (ECF No. 27), but hereby ORDERS Mr. Bacon to show cause – in this sixth order to show cause issued in this case since its filing slightly more than a year ago -- within seven days of the issuance of this order why he should not be sanctioned $250.00 for his failure to comply with the court's rules and orders.  If he requests an order to show cause hearing, it will be scheduled together with the Initial Scheduling Conference currently set for October 13, 2016 at 2:30 p.m.  Counsel is cautioned that further failure to follow rules and orders  may result in additional sanctions, including a report to the appropriate disciplinary body of the State Bar.

IT IS SO ORDERED.

DATED: September 8, 2016.

_____
UNITED STATES DISTRICT JUDGE